## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MARYBETH BRONSON,

     Plaintiff,

v.                                                              Case No. 6:22-cv-2078-RBD-LHP

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____

## <u>ORDER</u>

On referral in this Social Security appeal, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation stating that the Court should reverse and remand the Commissioner's denial of benefits. (Doc. 20 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 20) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.    The Commissioner's decision is **REVERSED AND REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3.    The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and

against Defendant and then to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 2,

2024.

ROY B. DALTON, JR.
United States District Judge