UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARYBETH BRONSON,

    Plaintiff,

v.                                                                                        Case No. 6:22-cv-2078-RBD-LHP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Attorney Fees. (Doc. 23 ("Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price recommends that the Court grant the motion in part. (Doc. 24 ("R&R").) The parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 24) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Motion (Doc. 23) is **GRANTED IN PART AND DENIED IN PART**:

      a.      The Motion is **GRANTED** in that Plaintiff is **AWARDED** **$3,874.30** in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

      b.      In all other respects, the Motion is **DENIED**.

3.      The file is to remain closed.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 22, 2024.

*[signature]*
ROY B. DALTON, JR.
United States District Judge